UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Alexander Bell a/k/a Sulyaman Al Islan Wa Salaam a/k/a Sulyaman Alislam Wa Salaam ) ) ) ) | C/A No. 9:08-cv-1746-GRA |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** (Written Opinion) |
| Holly Scaturo, Columbia Care Center and Department of Mental Health ) ) ) | |
| Defendants. ) ) | |

    This matter comes before the Court to review the magistrate's Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(d), D.S.C., filed on February 27, 2009. Plaintiff originally filed a complaint pursuant to 42 U.S.C. § 1983 on April 29, 2008. The magistrate now recommends that the defendants' motions for summary judgment be granted. For the reasons stated herein, this Court adopts the magistrate's recommendation.

    Plaintiff brings this claim *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and responsibility for making a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id.* In the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198 (4th. Cir. 1983). No objections to the Report and Recommendation have been filed.

After a review of the magistrate's Report and Recommendation, applicable case law, and the record, this Court finds that the magistrate applied sound legal principles to the facts of this case. Therefore, this Court adopts the Report and Recommendation in its entirety.

IT IS ORDERED that the defendants' motions for summary judgment be GRANTED and that this case be DISMISSED.

IT IS SO ORDERED.

                                                                       G. Ross Anderson, Jr.
                                                                       Senior United States District Judge

March  26 , 2009
Anderson, South Carolina

### NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff has the right to appeal this Order within thirty (30) days from the date of its entry. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, **will waive the right to appeal.**